# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

TIMOTHY D.,

_____
*Plaintiff*
v.
ANDREW M. SAUL, Commissioner of Social Security,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 12, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   2:18-CV-00304-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

✔  other:   Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.  Defendant's Motion for Summary Judgment (ECF
No. 15) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge    John T. Rodgers _____ on Motions for Summary Judgment
(ECF Nos. 14 and 15).

Date:   November 12, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____